**Gerardo Cervantes SOSA, Petitioner–Appellant**

v.

**UNITED STATES of America; United States Immigration and Customs Enforcement; Department of Homeland Security; Bureau of Prisons; Warden of Reeves Correctional Institution III, Respondents–Appellees.**

No. 10–50921
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 2, 2013.

Gerardo Cervantes Sosa, Big Lake, TX, pro se.

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Respondents–Appellees.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Gerardo Cervantes Sosa (Sosa), former federal prisoner # 33257–177, appeals the denial of his 28 U.S.C. § 2241 petition seeking removal of an immigration detainer and transfer to a facility where he could avail himself of early release programs. As Sosa has been released from Bureau of Prisons custody and removed to Mexico,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**354**

we dismiss his appeal as moot. *See Calderon v. Moore,* 518 U.S. 149, 150, 116 S.Ct. 2066, 135 L.Ed.2d 453 (1996); *Rocky v. King,* 900 F.2d 864, 867 (5th Cir.1990). The appellees' motion for an extension of time to file an appellate brief therefore is denied as unnecessary.

APPEAL DISMISSED; MOTION DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.